IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 10-CR-2044 - LRR |
| vs. | ) |
| DAVID NEVE, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

WHEREAS, on February 8, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 21 U.S.C. § 853, based upon the guilty verdict entered against defendant on Counts 1-5 of the Second Superseding Indictment filed on December 15, 2010, forfeiting any interest he had or has in the property alleged to be subject to forfeiture under the Forfeiture Allegation of the Indictment.

AND WHEREAS, notice of this forfeiture action was published on the official government website www.forfeiture.gov for 30 consecutive days beginning on February 15, 2011, and continuing through March 16, 2011, giving notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed against the property identified as subject to forfeiture in the

December 15, 2010, Second Superseding Indictment in regard to defendant David Neve;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property, whether real, personal and/or mixed, of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to David Neve, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

### CURRENCY

**approximately one hundred four thousand seven hundred thirty-four dollars ($104,734.00) in United States currency seized from defendant on or about September 15, 2010, in Rudd, Iowa;**

### FIREARMS AND AMMUNITION

a. a Mossberg and Sons, Model 185K-A 20 gauge shotgun, and 2 rounds in magazine, Federal brand ammunition;

b. a New England Firearm, Topper Model 20 gauge shotgun, SN # NG360779, with 1 round of 20 gauge federal ammunition in chamber;

c. an Ithaca rifle, .22 caliber lever-action, M-49, SN # 490431161, with 1 round of .22 caliber Remington brand ammunition;

d. a S & W revolver .38 caliber six shot, SN # 77129, with 6 rounds of Winchester brand ammunition;

e. a Ruger Pistol, 9 mm, P-95 DC, SN # 313-33315, with magazine with ammunition;

f. one Marlin lever-action rifle, 30-30 caliber, SN # 21159 62 1, with 7 rounds of Winchester brand ammunition;

g. one New Haven Mossberg bolt-action shotgun, Model 185D-c, with 3 rounds of 20 gauge Federal brand ammunition;

h. one Remington .22 caliber rifle, Model 550, with 14 rounds of ammunition;

i. One Springfield Sterns .22 caliber short receiver, Model 87-A, PAT 2094577, with 15 rounds of .22 caliber ammunition in chamber;

j. Made in Germany .22 caliber rifle, GSG-5, SN# A335365, with magazine with .22 Federal brand ammunition;

k. a Browning .25 caliber pistol, SN# 45683, with magazine and 1 in chamber, and 5 rounds of .25 caliber ammunition;

l. a Range model pistol (rusty);

m. an Iver Johnson 5 shot revolver, marked 8331, with 5 rounds of R-P brand ammunition;

n. Winchester, Model 1897, SN # 72646, with 6 rounds of ammunition;

o. a Winchester .22 caliber bolt-action rifle, Model 67;

p. a Remington .25 caliber rifle, SN # 13301;

q. an H & K .32 caliber 6 shot, with 4 rounds of W-W brand ammunition;

r. a Springfield bolt-action, Model 1903, SN # 871687, with 5 rounds marked SL;

s. a Winchester 12 gauge pump shotgun, Model 12-12, SN # 373946,

t. a 12 gauge Ithaca pump shotgun, SN # 622967-4, with 5 rounds of 12 gauge Federal brand ammunition;

u. a Winchester 12 gauge, Model 1300, SN # L2308347, with 5 rounds of 12 gauge (4-Federal brand and 1 Brenneke brand ammunition);

v. a MAC-90, 7.62X39, SN #34415, with loaded short magazine with Wolf brand ammunition;

w. a Combat Exchange rifle 7.62X, N/S/ 21004592P, with loaded magazine;

x. a Springfield single-shot rifle, break open with wood stock, SN # 57499, Sturm Ruger Co. rifle, Model 10/22, .22 caliber, SN # 234-68312, with 9 rounds marked C ammunition;

y. a 9mm Jennings pistol by Bryco Arms pistol, Model Bryco 59, SN # 0618258;

z. eight .22 caliber rounds of 250 Remington brand ammunition (in green box);

aa. several rounds of 6.5x55 ammunition (in ammunition box);;

bb. 4 boxes of Wolf brand ammunition and 40 rounds of R-P 9mm Luger ammunition;

cc. ammunition on flatbed truck;

dd. 9 mm rounds FC Luger Meadstamp ammunition;

ee. Eagle 2230 .22 caliber hi-capacity magazine;

ff. nine rounds of Blazer brand ammunition;

gg. American Eagle 9 mm ammunition inside box;

hh. Blazer brand .22 caliber ammunition;

ii. Monark ammunition inside box;

jj. .22 caliber magazines with ammunition;

kk. .22 caliber magazine with ammunition;

ll. NEF .22 caliber handgun, unloaded, SN # NK001647;

mm. Smith & Wesson, .32 caliber handgun, loaded, SN #518;

nn. Springfield .22 caliber rifle loaded;

oo. miscellaneous ammunition (in five-gallon bucket);

pp. .22 caliber rifle - loaded;

qq. Ruger .22 caliber rifle - loaded, SN # 236-59047;

rr. JC Higgins .22 caliber rifle, SN # 10319770;

ss. Winchester .16 gauge shotgun;

tt. Remington Rand .45 caliber barrel, with extra barrel wired;

uu. Noble .410 gauge shotgun;

vv. Pardner 12 gauge, SN # AY508603;

ww. Mossberg 16 gauge shotgun, Model #190;

xx. 30-06 rifle, SN # 37985;

yy. Winchester 12 gauge, SN # L1363628;

zz. Remington 16 gauge ammunition;

aaa. magazines for .223 ammunition;

bbb. .32 caliber ammunition;

ccc. 12 gauge shells in cammo bag;

ddd. 12 and 20 gauge ammunition;

eee. miscellaneous ammunition (in five-gallon bucket);;

fff. 9 mm ammunition and .38 special ammunition;

ggg. assorted ammunition in Dupont dynamite wood crate;

hhh. assorted ammunition in Trojan powder wood crate;

iii. assorted ammunition in Nitca auto express wood crate box;

jjj. assorted ammunition in Nitca wood crate box;

kkk. assorted ammunition in white plastic container;

lll. 7.62x39 rounds of ammunition in Remington Sure Shot wood crate;

mmm. three .38 special rounds and four 9mm rounds,

seized from defendant on or about September 15, 2010, in Rudd, Iowa.

3. That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, as well as any income derived as a result of United States Marshals management of the property (currency) forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshal into the Department of Justice Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

4. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearms and ammunition identified in paragraph 2 of this Order.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

DATED this 3rd day of May, 2011.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA